STATE OF NEW JERSEY v. ALEXANDER STEWART.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME W. DENNIS.

February 16, 1988.

Petition for certification denied.

A.M.S. ASSOCIATES v. C.N.M. ASSOCIATES.

February 16, 1988.

Petition for certification denied.

VICTOR J. SHUKAITIS v. MARY ANN SHUKAITIS.

February 16, 1988.

Petition for certification denied.

STEPHEN PATTERSON v. MONMOUTH REGIONAL HIGH
SCHOOL BOARD OF EDUCATION.

February 16, 1988.

Petition for certification denied.